# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**LOUIS CURTIS TOWNSELL**                                                                                          **PETITIONER**
**ADC #146082**

**v.**                         **Case No. 5:14-cv-00289-KGB-JJV**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                                             **RESPONDENT**

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that this case is dismissed. The relief sought is denied.

SO ADJUDGED this the 7th day of July, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE